IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                           :
                                                :       Chapter 13
                                                :
        Vera D McFarland                        :
                                                :       Case No. 24-12994 (AMC)
                                        Debtor. :
-------------------------------------------------------x
```

## THE CITY OF PHILADELPHIA'S
## OBJECTION TO THE PROPOSED CHAPTER 13 PLAN

TO THE HONORABLE ASHELY M. CHAN:

AND NOW, comes the City of Philadelphia, (the "City"), a secured creditor in the above-captioned case, by and through its Counsel, Pamela Elchert Thurmond, Senior Attorney, pursuant to Bankruptcy Code §§ 506(b), 1325(a)(5), and L.B.R. 3015-4, to object to the proposed Chapter 13 plan (the "Plan"), of the above-captioned debtor, (the "Debtor"). The City avers the following in support thereof:

1. On August 28, 2024, the Debtor filed a voluntary petition for Chapter 13 bankruptcy with this Court.

2. On August 28, 2024, the Debtor filed a list of all real property owned by the Debtor, which included the property located at 6153 Catherine Street, Philadelphia PA 19143-2205 (the "Subject Property"). A copy of the Debtor Schedule A/B is attached hereto as Exhibit A.

3. The Debtor values the Subject Property at One Hundred Twenty-Four Thousand Dollars ($124,00.00). See Exhibit A.

4. On December 18, 2024, the City filed a secured claim amounting to Forty Thousand Five Hundred Seventy-Nine Dollars and Seventy-Nine Cents ($4,579.79) for unpaid water/sewer

debt in connection with (the "Water Claim") owed by the Debtor to the City for the subject property. A copy of the proof of claim filed by the City is attached hereto as Exhibit B.

    5.    On August 28, 2024, the Debtor filed the Plan, which provides for a total payment in the amount of Five Hundred Dollars ($500.00). However, the city filed a secured "Water Claim" amounting to ($4,579.79) as detailed in paragraph 4. A copy of the Plan is attached hereto as Exhibit C.

    6.    As neither the Debtor nor another party in interest has objected to the Water Claim, it is deemed allowed. See 11 U.S.C. § 502(a).

    7.    The Plan should not be confirmed as it fails to adequately specify the correct payment for the Water Claim. See 11 U.S.C. §§ 506(b), 1325(a)(5)(B)(ii).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 23, 2025    By: */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                              :
                                                    :       Chapter 13
                                                    :
        Vera D McFarland                            :
                                                    :       Case No. 24-12994 (AMC)
                                          Debtor.   :
-------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Pamela Elchert Thurmond hereby certify that on January 23, 2025, a copy of the Objection to the Purposed Chapter 13 Plan was served on the following parties by Court-generated ECF notice, and/or first-class mail, postage prepaid, as indicated below:

<u>Via ECF Filing</u>

| | |
|---|---|
| Chapter 13 Trustee: | United States Trustee |
| KENNETH E. WEST | Office of United States Trustee |
| Office of the Chapter 13 Standing Trustee | Robert N.C. Nix Federal Building |
| 190 N. Independence Mall West –Suite 701 | 900 Market Street – Suite 320 |
| Philadelphia, PA 19106 | Philadelphia, PA 19107 |

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard – Ste 220
Philadelphia, PA 19102

<u>Via USPS Mail Delivery</u>
Vera D McFarland
6153 Catharine Street
Philadelphia, PA 19143

                                                                     Respectfully submitted,

                                                                     THE CITY OF PHILADELPHIA

Dated: January 23, 2025                          By: */s/ Pamela Elchert Thurmond*
                                                                   PAMELA ELCHERT THURMOND
                                                                   Senior Attorney
                                                                   PA Attorney I.D. 202054