UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

VERA D. McFARLAND
        Debtor

U.S. BANK, NATIONAL ASSOCIATION,
TRUSTEE FOR PENNSYLVANIA HOUSING
FINANCE AGENCY
        Movant

vs.

VERA D. McFARLAND and
KENNETH E. WEST, Trustee
        Respondents

CASE NO. 24-12994-djb

CHAPTER 13

## NOTICE OF DEFAULT

It is hereby certified by Leon P. Haller, Purcell, Krug & Haller, attorney for Movant, that Debtor is in default under the terms of the Order dated January 23, 2025. Debtor has failed to make four (4) payments of $754.57 per month (July 2025 – October 2025) together with three (3) late charges of $20.48 each. Debtor has fifteen (15) days from the date of this notice to reinstate this Agreement by making the required four payments of $754.57 per month together with three late charges of $20.48 each plus attorney fees of $125.00 less suspense balance of $490.86 for a total of $2,713.86.

PURCELL, KRUG & HALLER

By: _____
Leon P. Haller
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178
Attorney ID #15700
Attorney for Movant

Dated: October 1, 2025